UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __1:22-mj-02009-AOR__

UNITED STATES OF AMERICA

vs.

ELIEZER MENAS ASPRILLA,
JULIO CESAR RAMIREZ-MOTA,
HENRY MANUEL CASTRO-RAMIREZ, and
DANNY ALEXANDER CARRER-BERNABE,

**Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?  ___ Yes   _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?  ___ Yes   _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019?  ___ Yes   _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Michele Vigilance*
Michele S. Vigilance
Assistant United States Attorney
Court ID No.: A5502091
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 432-1406
michele.vigilance@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| ELIEZER MENAS ASPRILLA, | ) | Case No. 1:22-mj-02009-AOR |
| JULIO CESAR RAMIREZ-MOTA, | ) | |
| HENRY MANUEL CASTRO-RAMIREZ, and | ) | |
| DANNY ALEXANDER CARRER-BERNABE, | ) | |
| *Defendant(s)* | ) | |

**CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about **December 24, 2021**, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA Special Agent Alec Sanchez
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 1/4/22

*Judge's signature*

City and state: Miami, Florida     Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Eliezer Menas ASPRILLA, Julio Cesar RAMIREZ-Mota, Henry Manuel CASTRO-Ramirez, and Danny Alexander CARRER-Bernabe** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about December 24, 2021, a U.S. Maritime Patrol Aircraft (MPA) located a northeast bound go-fast vessel (GFV) approximately 150 nautical miles south of Santo Domingo, Dominican Republic in international waters and upon the high seas with four (4) individuals on

1

board, two (2) outboard engines, and visible packages on deck. The U.S. Coast Guard Cutter (USCGC) Winslow Griesser was diverted to investigate. Once in the vicinity, the USCGC Winslow Griesser launched its small boat with boarding team. At this time, the USCGC Winslow Griesser observed the GFV jettisoning packages prior to the boarding team arriving on position and gaining positive control of the GFV. USCGC Winslow Griesser was able to recover sixteen (16) bales from the jettison field located approximately 600 yards from the GFV.

4. The boarding team reported four (4) persons on board who were later identified as **Eliezer Menas ASPRILLA, Julio Cesar RAMIREZ-Mota, Henry Manuel CASTRO-Ramirez, and Danny Alexander CARRER-Bernabe.** No one was identified as the master of the vessel and no one made a claim of nationality for the GFV. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted. During the boarding, the boarding team located one (1) additional package with suspected cocaine.

5. The USCGC Winslow Griesser located a total of seventeen (17) bales with a total at sea weight of approximately 700 kilograms of suspected cocaine. Two field tests were conducted on the contraband which yielded positive result for cocaine. All four individuals, along with the suspected cocaine, were transferred to the USCGC Winslow Griesser.

[PAGE LEFT BLANK INTENTIONALLY]

6. Based on the foregoing facts, I submit that probable cause exists to believe **Eliezer Menas ASPRILLA, Julio Cesar RAMIREZ-Mota, Henry Manuel CASTRO-Ramirez, and Danny Alexander CARRER-Bernabe** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ALEC SANCHEZ
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __4th__ day of January 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

3